IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VISICU, INC.** <br><br> **Plaintiff,** <br><br> **iMDsoft, LTD and LEHIGH VALLEY HOSPITAL,** <br><br> **Defendants.** | **CIVIL ACTION NO. 07-CV-04562** <br><br> **Judge Mitchell S. Goldberg** |

**VISICU'S NOTICE OF FINAL JUDGMENT**

Pursuant to Visicu's Stipulated Motion to Postpone Settlement Conference (Dkt. No. 136), Visicu hereby advises that Final Judgment has now been entered by the district court on all claims in *Cerner v. Visicu*, No. 4:04-cv-01033-GAF (W.D. Mo.). The court issued an order regarding the patent-related claims on January 4, 2011 (Dkt. No. 657), then issued the final judgment in the case regarding the trade secret claims on February 3, 2011 (Dkt. Nos. 663 & 664).

On the day this last judgment was entered, both Visicu and Cerner filed timely notices of appeal to the U.S. Court of Appeals for the Federal Circuit (Dkt. Nos. 665 & 666). Among other things, Visicu appeals from the judgments of invalidity and non-infringement, and Cerner appeals from the denial of its inequitable conduct claim. The clerk transmitted these notices of appeal to U.S. Court of Appeals for the Federal Circuit on February 8, 2011 (Dkt. No. 667). The Federal Circuit has not yet set a briefing schedule.

Visicu will keep this Court updated as to the appellate schedule and disposition.

Dated this 22nd day of February, 2011.

By:   s/ *David E. Jones*
John S. Skilton (*Pro Hac Vice*)
David E. Jones (*Pro Hac Vice*)
David L. Anstaett (*Pro Hac Vice*)
Lissa R. Koop (*Pro Hac Vice*)
Autumn N. Nero (*Pro Hac Vice*)
Sarah C. Walkenhorst (*Pro Hac Vice*)
PERKINS COIE LLP
One East Main Street, Suite 201
Madison, WI 53703-5118
Tel: (608) 663-7460
Fax: (608) 663-7499

Colin G. Sandercock (*Pro Hac Vice*)
Todd R. Samelman (*Pro Hac Vice*)
Steven W. Allis (*Pro Hac Vice*)
PERKINS COIE LLP
607 Fourteenth Street N.W.
Washington, DC 20005-2003
Tel: (202) 628-6600
Fax: (202) 434-1690

Jeremy L. Buxbaum (*Pro Hac Vice*)
PERKINS COIE LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

Thomas S. Farnish
Signature Code: TSF4999
LARRIMORE & FARNISH, LLP.
1800 JFK Blvd., Suite 500
Philadelphia, PA 19103
Tel: (215) 209-8500

Warren J. Rheaume (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

Attorneys for Plaintiff Visicu, Inc.