# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISICU, INC., | : | CIVIL ACTION |
|         Plaintiff, | : | |
| | : | |
|     v. | : | No. 07-4562 |
| | : | |
| IMDSOFT, LTD. et al., | : | |
|         Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of August, 2012, it is hereby **ORDERED** that a telephone conference regarding the status of the above-captioned matter is set for Thursday, **September 6, 2012**, at 3:30 p.m. Counsel for Plaintiff shall initiated the conference call prior to calling Chambers.

                                                  **BY THE COURT:**

                                                  /s/ Mitchell S. Goldberg

                                                  _____
                                                  **Mitchell S. Goldberg, J.**