# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISICU, INC., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
| v. | : | No. 07-4562 |
| | : | |
| IMDSOFT, LTD. et al., | : | |
|       Defendant. | : | |

## **ORDER**

**AND NOW**, this 13th day of September, 2012, it is hereby **ORDERED** that the Clerk of Court **REOPEN** and **REMOVE** this action from the Civil Suspense File.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**