APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Visicu, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| iMDsoft, LTD. et al., | : | NO. 07-cv-04562 |
| Defendants | | |

### ORDER

AND NOW, this 12th Day of February, 2013, it is hereby

ORDERED that the application of Ellen A. Scordino Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.