IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISICU, INC., <br><br>     Plaintiff, <br><br> v. <br><br> IMDSOFT, LTD. AND LEHIGH VALLEY HOSPITAL AND HEALTH NETWORK, <br><br>     Defendants. | Case No. 2:07-cv-04562-MSG |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff Visicu, Inc. and Defendants iMDsoft, Ltd. and Lehigh Valley Hospital and Health Network ("Defendants") have reached a settlement of their claims against each other in this litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the indicated parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims asserted by the parties against each other may be and hereby are dismissed without prejudice and without costs to any party.

Submitted this 26th day of March, 2013.

For Plaintiff                                                For Defendants

By:   */s/ David E. Jones*                        By:   */s/ Christopher Dillon*
      David E. Jones                                       Christopher Dillon, Esq.
      PERKINS COIE LLP                              FISH & RICHARDSON
      One East Main Street, Suite 201           One Marina Park Drive
      Madison, WI 53703-5118                       Boston, MA 02210
      Tel: (608) 663-7460                                  Tel: (617) 542-5070
      Fax: (608) 663-7499                                 Fax: (617) 542-8906

      Counsel for Plaintiff Visicu, Inc.              Counsel for Defendants iMDsoft, LTD, and Lehigh Valley Hospital and Health Network

69574-0002/LEGAL26152340.1