AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following    X  Patents or    ☐ Trademarks:

| DOCKET NO.<br>07-4562 | DATE FILED<br>10/30/2007 | U.S. DISTRICT COURT<br>Eastern District of Pennsylvania |
|---|---|---|
| PLAINTIFF<br>Visicu, Inc.<br>217 E. Redwood Street, Suite 1900<br>Baltimore, MD 21202 | | DEFENDANT<br>iMdsoft, Ltd., et al<br>300 1st Avenue<br>Needham, MA 02492-2736 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,804,656 B1 | 10/12/2004 | System and Method for Providing Continuous, Expert Network Critical, etc. |
| 2 | US 6,804,656 C1 | 09/26/2004 | System and Method for Providing Continuous, Expert Network Critical, etc. |
| 3 | US 7,256,708 B2 | 08/14/2007 | Telecommunications Network for Remote Patient Monitoring |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE FILED ON 3/26/13 |

| CLERK<br>MICHAEL E. KUNZ | (BY) DEPUTY CLERK<br>KIRK KOPACZ | DATE<br>5/7/13 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy